IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

       v.                                                23-CR-16

ISHAQ IKHARO,

          Defendant.

_____

## INFORMATION
(Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2))

### COUNT 1

**The United States Attorney Charges That:**

Between on or about November 7, 2018 and on or about January 18, 2021, the defendant, ISHAQ IKHARO, did knowingly possess material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce; that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by cellular telephone; and that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by cellular telephone.

**All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).**

## FORFEITURE ALLEGATION

### The United States Attorney Alleges That:

Upon conviction of the offense alleged in Count 1 of this Information, the defendant shall forfeit to the United States of America any property which contains a visual depiction of child pornography, pursuant to Title 18, United States Code, Section 2253(a)(1), and/or any and all property, real and personal, used, or intended to be used to commit or to promote the commission of such offense, pursuant to Title 18, United States Code, Section 2253(a)(3), and all property traceable to such property, including but not limited to the following:

a. One (1) Apple iPhone 12 Pro Max, model MG9U3LLA, S/N: G6TDP37K0D43.

**All pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3).**

DATED:  Buffalo, New York, February 28, 2023.

TRINI E. ROSS
United States Attorney

BY: _____
DOUGLAS A. C. PENROSE
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York  14202
716/843-5868
Douglas.Penrose@usdoj.gov

2