IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        v.

                                        23-CR-16

ISHAQ IKHARO,

        Defendant.

## DEFENDANT'S SENTENCING MEMORANDUM

**1. Introduction.**

Defendant is on for sentencing following a negotiated plea to 18 U.S.C. § 2252A(a)(5)(B) and 18 U.S.C. § 2252A(b)(2).

The draft presentence report calculates an offense level of 37 and a Criminal History of I. The guideline sentence is 210–262 months. However, the offenses carry a maximum sentence of 10 years / 120 months, so the guideline sentence is effectively 120 months. Defendant is requesting a below guideline sentence of maximum probation with a period of home confinement.

This memorandum is filed partially under seal in a supplemental sentencing memorandum together with Exhibits a, b, c and e because of the medical and psychological information included.

**2. Details of the offense.**

The 23 year old defendant engaged in online sexually explicit conversations with a 12 year old and a 15 year old boy. The two boys provided defendant with images and videos of their buttocks and genitalia and the 15 year old provided videos of him masturbating. Defendant

possessed no other child pornography besides the images and videos the two boys sent him. (Draft presentence report, paragraphs 45-48.)


**3. Defendant's background and disability.**

In 2014, at age 17, defendant was involved in a devastating motor vehicle accident as a passenger on a bus, in which he suffered a spinal cord injury. He has been paralyzed from the waist down since that time and is confined to a wheelchair.

Before the accident, defendant's primary hobbies included sports, he had many friends as a youth, was well-liked, and did not feel socially alienated. He had never been in legal trouble as a juvenile.  Following the accident, defendant was able to complete high school and obtained a BS degree in biochemistry from the University of the Pacific in May of 2022. He is applying for masters degree programs.  Defendant has no social life outside of his family and spent most of his time indoors.  Defendant's friends from high school have since moved away and he is no longer in contact with them.

Defendant has submitted a letter from his doctor, Dr. Pedro Cheung. (Exhibit A.)  This report is filed under seal.  Defendant is also filing under seal his statement (Exhibit B) on his daily routine coping with his disability, a report from a psychologist, Jeremy Coles, PhD. (Exhibit C), and a character letter from his mother that also discusses medical issues. (Exhibit E) Defendant is filing a separate supplemental memorandum discussing these documents.


**4.  Letter of apology.**

Defendant had submitted a letter of apology (Exhibit D.) Defendant states that after his accident:

"I was depressed for the longest time and had no one to talk with, including friends. I had started school after leaving the hospital without much happiness and friendship to surround myself with. This meant that I depended on relationships through the internet to have any sort of interaction because of how slowly introverted I had become through the years.

Unfortunately, down the road of this, I made inappropriate decisions that were flat-out wrong and not fine at all. I did not think properly and was blinded by my own foolishness . . . . These past 2 years since these incidents have taken place, along with the help of the Hope program that I have been actively participating in every week for the past 10 months, I have had a lot of time to reflect on the horrible actions that caused me to be in the position I am today . . . . I am the only one at fault here and I sincerely apologize to all parties involved."

(Exhibit D.)


**5.  Character letter from defendant's mother and father.**

Defendant submits character letters from his mother (Exhibit E) and father (Exhibit F.)

Defendant's mother, Aminat Ikharo, states that before the accident, defendant "was always caring and there for people  . . . . stayed active by biking, going to the gym, and enjoying the outside world. The only goals were having good friends, getting good grades in school, and playing sports. He was very full of life and such an amazing, cheerful character."  (Exhibit E, p. 1.) After the accident, "no one truly knows the huge impact and gravity that this accident had on him . . . . he was very active in his daily life and to have that stripped away from him in just one incident had to have been the most heartbreaking thing."  (Exhibit E, p. 1.)  Defendant "fell into such an unfortunate state of depression. From barely being able to eat much and being stuck in his room, he tried his best to be active, but it was clear he wasn't handling this well mentally some days. There were many endless months where he was in and out of the hospital because of so many medical issues occurring with him and he didn't know how to handle it."  (Exhibit E, p. 1.)  He "kept his head down and kept studying and eventually graduated high school, graduating with a bachelor's degree in biochemistry . . . .   Doing all of that while dealing with his

continuous health and physical issues had to have been so taxing on his mental health ." (Exhibit E, p. 2.)  "I am begging and pleading that he can avoid any type of jail time entirely and stay with us so he can continue to learn and grow." (Exhibit E, p. 2.)

Defendant's father, Sadiq Ikharo, states that, tragically, he had sent defendant to a boarding school in Nigeria "with a view to learn about my cultural heritage, values, and religion of my people, which help me to be successful in America", but "as fate will have it, he had a school bus accident, where six of his school mates who traveling on a school expedition died" and defendant became disabled.  Defendant's accident and disability "had a life changing feeling of helplessness, frustration, suicidal behavior, and severe psychological disturbance. Sometimes he will ask me dad, 'why did you not let me die'? I will console him that when there is life, there is hope."  (Exhibit F.) However, "there is no excuse for committing this crime that he is charged with. Being severely disabled, which require needing assistance for his daily living is not an excuse to not follow the laws of the land."  Even so, defendant's father asks the court "to show mercy on Ishaq by way giving him a second chance . . . . He can be a better person again with family intervention and support to give him hope and optimism to live a crime free life." (Exhibit F.)


**6. Conclusion.**

The defense urges that the court impose a below guideline sentence of probation with conditions of home confinement / electronic monitoring, psychological treatment,  monitoring of computer use, and other conditions.

Defendant's disability prevents him from being a danger to society, and he has a supportive family and is motivated.  A prison sentence will cause him unusual hardship because

of his disability and would place burdens on any institution in having to care for him. Defendant

can be safely and effectively managed in the community under federal supervision.


Dated: Oakland, California, Thursday, October 12, 2023.


s/ Robert J. Beles

_____

Robert J. Beles
Law Offices of Beles & Beles
1 Kaiser Plaza, Suite 2300
Oakland, California, 94612-3642
Tel: (510) 836-0100
Fax: (510) 832-3690
email: beleslaw@yahoo.com

## CERTIFICATE OF SERVICE
### (When Not All Case Participants are Registered for the CM/ECF System)

I hereby certify that I electronically filed the foregoing **Defendant's Sentencing Memorandum** with the Clerk of the Court for the United States District Court for the Western District of New York on Thursday, October 12, 2023.

All participants in the case who are registered CM/ECF users will be served electronically through the CM/ECF system. Those participants presently listed on the docket are as follows:

| | |
|---|---|
| Douglas A. C. Penrose | James P. Harrington |
| Assistant United States Attorney | Harrington and Mahoney |
| Western District of New York | Attorneys for Defendant |
| 138 Delaware Avenue | 70 Niagara Street- Third-Floor |
| Buffalo, New York 14202 | Buffalo, NY 14202-3407 |
| Attorney for United States | |

The following participants are not listed on the docket as CM/ECF registrants and will be served separately by mail on Monday, August 21, 2023.

Lisa B. Ferraro
U.S. Probation Officer Specialist
Buffalo, NY
716-362-5232
email: lisa_ferraro@nywp.uscourts.gov

I declare under penalty of perjury that this is true and correct. Executed on Thursday, October 12, 2023.

s/ Robert J. Beles

_____
Robert J. Beles
Law Offices of Beles & Beles

EXHIBIT D

Apology Letter

      Today I write with heavy emotions to express the mistakes I have made regarding my case. After my accident occurred that left me physically disabled, I never had the chance to seek professional help with the multitude of issues cycling in my head. I was depressed for the longest time and had no one to talk with, including friends. I had started school after leaving the hospital without much happiness and friendship to surround myself with. This meant that I depended on relationships through the internet to have any sort of interaction because of how slowly introverted I had become through the years. The outside world weighed on me mentally and I relied on the internet for personal connections with friends.

      But unfortunately, down the road of this, I made inappropriate decisions that were flat-out wrong and not fine at all. I did not think properly and was blinded by my own foolishness. I was always isolated and suicidal seeking some type of reach with individuals. Once I realized I was going to be permanently paralyzed and have to live a new life of being bound to a wheelchair, I wasn't mentally okay. This led to me being completely hidden from those around me while continuously being unstable mentally.

      This led to horrible actions and terrible mistakes which I take full responsibility for and have only myself to blame. These past 2 years since these incidents have taken place, along with the help of the Hope program that I have been actively participating in every week for the past 10 months, I have had a lot of time to reflect on the horrible actions that caused me to be in the position I am today.

      I realized that I was in this position because I was seeking some type of compassion given everything I had been dealing with and learned that I took things too far towards an inappropriate route that will NEVER ever happen again. I want to emphasize that I am the only one at fault here and I sincerely apologize to all parties involved. There are zero excuses for this unacceptable behavior from me and I am ready for the future.

      I know that I will absolutely do better to ensure I only intermingle with those around my age along with having human interactions with adults. I will never again rely on the internet as an outlet for continuous and frequent communication so that something such as this incident never happens again. I am ready and prepared to show that I am better than what has transpired in the past that led this me being in this situation and hope that can be seen.

**Exhibit D**

# EXHIBIT E



Dear Sir/Madam:


**To Whom It May Concern Regarding Ishaq Ikharo**

Hello, my name is **Aminat Ikharo**, and I am Ishaq Ikharo's mother. I'm writing this letter feeling so many different emotions while trying to collect my thoughts about my son. I want it to be known that my son is one of the best things that has come into our lives. Growing up he was always caring and there for people when checking up on others, whether it be family members, friends, or even strangers. If someone looked distressed or looked like they needed help he was better than me at doing that. Throughout his time in school, he always behaved and there were no issues. He stayed active by biking, going to the gym, and enjoying the outside world. The only goals were having good friends, getting good grades in school, and playing sports. He was very full of life and such an amazing, cheerful character. It wasn't until this accident that occurred almost a decade ago now that things shifted unfortunately for him.

My son wasn't as talkative and was going through so much shock to just learn that he wasn't going to be able to walk again. I think until this day no one truly knows the huge impact and gravity that this accident had on him. As I discussed previously, he was very active in his daily life and to have that stripped away from him in just one incident had to have been the most heartbreaking thing that he had to go through. I don't know how he did it, but wow did he make sure to put on a brave face all the time when he just didn't want to truly show everyone how he was feeling. He had to take a full year off school to get back into physical shape and adjust to this new world of being a paraplegic in a wheelchair. I had a dream one day while he was in the hospital and when I woke up I tried to move from my bed as if I had no leg functionality and I just broke down in tears because I knew that this was going to be so hard and tough to have to move around doing so much physical labor on top of dealing with this new journey he had to go through.

Those same friends he made growing up were mostly gone because after he took a year off during what was supposed to be his senior year and when he had come back, I think he was a bit isolated. Everyone he enjoyed being around was now going to their respective colleges and universities and here he was wanting a chance to have some type of probably enjoyable social life after such a tragic event, but he fell into such an unfortunate state of depression. From barely being able to eat much and being stuck in his room, he tried his best to be active, but it was clear he wasn't handling this well mentally some days. There were many endless months where he was in and out of the hospital because of so many medical issues occurring with him and he didn't know how to handle it. He has never shown it but I am sure there were many times he cried to himself wishing things were normal and that he didn't have to deal with

**Exhibit E**

these issues that still occur even still today. I feel a lot of regret wishing I could've done more even that day he had texted about how suicidal he was my heart just sank to the bottom of my stomach because of how hard this was making him feel.

Even through all this, he continued to be very respectful and helpful in everything he did. He kept his head down and kept studying and eventually graduated high school, graduating with a bachelor's degree in biochemistry and now doing his master's degree. Doing all of that while dealing with his continuous health and physical issues had to have been so taxing on his mental health and I give him so much credit for it. I don't want to create any excuses for him, but I am begging that any punishment received is so lenient as my son has so much growing and life ahead of him. He deserves a second chance as we all continue to make mistakes and although I fully understand the situation he is in, I am begging and pleading that he can avoid any type of jail time entirely and stay with us so he can continue to learn and grow. He has shared so many times how he wishes to go back and be even better as he never wants to disappoint us, but he has continued with his HOPE programs and stayed focused on becoming an even better person.

Sincerely,

*Aminat Ikharo*

EXHIBIT F

July 5th, 1923

Dear Sir/Madam:

TO WHOM IT MAY CONCERN REGARDING ISHAQ IKHARO

My name is Dr. Sadiq B. Ikharo a retired Vice Chancellor from Peralta Community College in Oakland, California. I am Ishaq's dad and a first-generation immigrant from Nigeria. I dedicated my life to raising my children – three boys for which Ishaq is the youngest sibling. In 2005, I moved from inner-city to suburb (San Ramon, CA), to give Ishaq a better life, good education and have peer groups of middle working-class environment. He was raised a good boy, full of life and hoped for him to be a good and productive citizen.

In 2012, I sent him to a boarding school in Lagos, Nigeria (the Bells) with a view to learn about my cultural heritage, values, and religion of my people, which help me to be successful in America, by dint of hard work and determination to succeed. However, as faith will have it, he had a school bus accident, where six of his school mates who travelling on a school expedition died. I had to charter an AIR BUS to fly him from Lagos to Oakland at a cost of $212,000. He spent the next 6 months various surgeries and rehabilitation. HisT5 Spinal Cord injury (incomplete) is broken, and this has caused him to be a Quadriplegia – meaning total loss of all limbs from the waist down to the toes with no feeling. uses catheter dependent for urination and bowel movement stimulation.

The aftermath of this disability had a life changing feeling of helplessness, frustration, suicidal behavior, and severe psychological disturbance. Sometimes he will ask me dad, "why did you not let me die"? I will console him that when there is life, there is hope.

Due to his inability to engage in a normal way of life, he spent inordinate amount of time in his computer leading to him committing the offence against minors in New York via the internet. There is no excuse for committing this crime that he is charged with. Being severely disabled, which require needing assistance for his daily living is not an excuse to not follow the laws of the land, rather he needed to adjust to his new normal.

I am therefore appealing to the Judge to show mercy on Ishaq by way giving him a second chance. Please lessen the severity of the punishment that you have the power to give. He can be a better person again with family intervention and support to give him hope and optimism to live a crime free live. As first offender, he didn't quite understand the shame, that this brings to the family and the nature of the punishment that is involved. I thank you for taking some time to read this letter.

My Regards,

*Dr. Sadiq B. Ikharo*

**Exhibit F**